# EXHIBIT C

HUMOR | VIRAL NEWS | PARENTING | LIFESTYLE | INSPIRATION

**747 SHARES**

SHARE    SHARE

# Hero Puppy Saves Teenage Owner Who Was About To Be Raped



Posted by Meghan Walsh on 1 Dec, 2016

Share This on Facebook    747

From The Web — Sponsored Links

**28 Amazing Cars Owned By The Rich And Famous**
History Garage

**'I Don't Know How Long He'd Been in There'**
Weather.com

**Watch: True Life Stories of Healing Communties Helping Those Diagnosed**
HealthiNation

**Animal Emerges from Sea, Isn't Friendly at All**
The Weather Channel

**This game will keep you up all night!**
Stormfall: Free Online Game

**Seniors: Don't Buy Any Gold Until You See This**
Stansberry Research

by Taboola



Dogs can become extremely protective of their owners, even at just a few months old. So when one 5-month-old pitbull puppy realized his owner was in trouble, he didn't hesitate to take on a full grown human.

18-year-old Maya Fairweather took her boyfriend's new puppy named Apollo out for a walk this past Monday night in Brooklyn. Maya had put her headphones in to listen to music after she let Apollo off his leash, and watched as he burned off some of his endless energy in the park.

**TRENDING TODAY**

LIFE

Golden Retriever Puppies Adorably Stampede A Slide To Get To Dinner

HUMOR

Sleeping Puppy Wakes Himself Up by Singing Along to a Harmonica

HUMOR | VIRAL NEWS | PARENTING | LIFESTYLE | INSPIRATION

**747 SHARES**

SHARE   SHARE


Photo by Atlas Obscura

This Dog Does Not Like to Be Pointed At

LOVE

"I felt someone pull my headphones," Maya said. "I thought it was my boyfriend grabbing me, so I turned around and smiled — but it wasn't my boyfriend." Instead, it was an unknown man who then pushed her to the ground and started to pull off her pants. "I fell down on my hands," she said. "I just closed my eyes because they say that if you see their face, they will kill you. I froze. I was really scared."

They've Been Married 70 YEARS. What They Do For Their Anniversary? BEAUTIFUL!


Photo by Brigitte Stelzer

**RELATED ARTICLES**


HUMOR — 747 Shares
Florida News Anchor Walks Off Set Over Kardashians


VIRAL NEWS — 952 Shares
Newlyweds Ask Wedding Guest For More Money After Her Check Was 'Insufficient'


LIFE — 952 Shares
A Thief Stole All The Pet Food In An Animal Shelter, So The Community Came Together To Replace It All

But when Apollo realized Maya was being attacked, he came running at her attacker and bit his leg so hard that the man struggled to shake him off. "I heard him say, 'F–k!' and I was able to run away. I ran across the street," Maya said. "He is a sweet dog. I never thought he would bite anyone. He never bit anyone before. He's usually very friendly and just jumps on everyone," said Maya, who is grateful for her protector. "He was protective. I think it would've been a lot worse. I wouldn't have been so lucky… I think he saved my life."


LIFE — 747 Shares
Mom-To-Be Texts Wrong Number And Strangers Show Up To Celebrate


LIFE — 11.2k Shares
Teen Cancer Survivor Underwent A Bizarre Surgery So She Can Keep Dancing

**SIGN UP FOR DAILY NEWSLETTER**
Latest headlines delivered to you

Email Address
Email Address

| HUMOR | VIRAL NEWS | PARENTING | LIFESTYLE | INSPIRATION |

**747** SHARES

SHARE    SHARE



Photo by Brigitte Stelzer

Cops are currently searching for Maya's attacker, who ran off after Apollo let go, but everyone can agree that without Apollo, things would have ended very differently. "I really never wanted that dog. But you have to give him credit," Carlos Guzman's mother, Sonia Valcarcel, said. "The dog is a hero, he protected her. I'm sad she had to go through that, but at least, because of the dog, she was able to escape."

Can you believe this five-month-old puppy was able to fight off a rapist? Let us know what you think in the comments below, and please SHARE this with friends on Facebook.

[Featured Image: Brigitte Stelzer]

 **Share This on Facebook**      747

### You May Like                                  Sponsored Links by Taboola

**28 Amazing Cars Owned By The Rich And Famous**
History Garage

**'I Don't Know How Long He'd Been in There'**
Weather.com

**Watch: True Life Stories of Healing Communties Helping Those Diagnosed With HIV**
HealthiNation

**Seniors: Don't Buy Any Gold Until You See This**
Stansberry Research

**Animal Emerges from Sea, Isn't Friendly at All**
The Weather Channel

**53 Best Christmas Cookies**
Food.com

HUMOR   VIRAL NEWS   PARENTING   LIFESTYLE   INSPIRATION

**747 SHARES**

SHARE   SHARE

**Best Holiday and Christmas Dessert Recipes : Cooking Channel**
Cooking Channel

**The gracious guest: inspiring guide to christmas gifting**
plantshed.com

**3 Comments**    Sort by   Oldest


Add a comment...

**Seana Anderson**
Best dogs ever!!!!!!!!! I sleep with 7 of them every night. I don't ever want to be without them. ♡
Like · Reply · 👍 1 · 1 December 2016 22:41

 **Suzan Gingi** · Works at Lahore Grammar School
thanks to facebook who start online jobs system and I made $12589 for this month, I'm a student and I only work for 3 hours and make a good income its very easy and everyone can do this just follow few steps and done, follow this to start...

https://web.facebook.com/54541644.../app/190322544333196/...
Like · Reply · 2 December 2016 12:50

 **Dianne Schneider** · Grossmont
So glad good things are being said about pity's. You rock sweet pup
Like · Reply · 2 December 2016 02:05

 **Mikki Greenwood** · Retired from Criminal Justice System at Retired
Pits are very protective and are not mean unless taught to be so. Beautiful dog.
Like · Reply · 2 December 2016 12:10

Facebook Comments Plugin



INSPIRATION

## Family Finds A Kitten In The Street, Then Realize It's Not A Cat

Many newborn animals don't stand a chance without their mothers in the wild, which is why one family from Thailand ...

Read More >

VIRAL NEWS

## Farmers Discover Snake That's Been Killing Livestock Was Hiding A Secret